IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:19cr139-MHT |
| | ) | (WO) |
| DE'SEAN JAMAR POWELL | ) | |

SUBSTANCE-ABUSE-TREATMENT ORDER

In accordance with the provisions in the judgment of conviction entered today, it is ORDERED that:

(1) Upon commencement of supervised release, defendant De'Sean Jamar Powell shall complete six months of inpatient substance-abuse treatment at a program designated by the United States Probation Office.

(2) If at the time of defendant Powell's release from custody, there is no inpatient treatment bed available or defendant Powell is otherwise unable to be placed in an inpatient treatment program, the probation officer shall notify the court and request a hearing on the matter.  The court will, at that hearing, revisit the issue and consider alternatives,

possibly including a stay at a halfway house and/or outpatient substance-abuse treatment.

DONE, this the 18th day of February, 2020.

                                        /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE