IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:19cr139-MHT |
| | ) | (WO) |
| DE'SEAN JAMAR POWELL | ) | |

ORDER

Upon consideration of the government's motion to dismiss the original indictment in light of the filing of the superseding indictment, it is ORDERED that the motion (doc. no. 65) is granted, and the indictment (doc. no. 1) filed April 17, 2019, is dismissed.

DONE, this the 23rd day of March, 2020.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE