**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

```
UNITED STATES OF AMERICA      )
                              )      CRIMINAL ACTION NO.
     v.                       )         2:19cr139-MHT
                              )              (WO)
DE'SEAN JAMAR POWELL          )
```

**SUPPLEMENTAL ORDER ON
CONDITIONS OF SUPERVISED RELEASE**

In accordance with the judgment of the court, it is ORDERED as follows:

(1) Defendant De'Sean Jamar Powell shall not visit the residences of Darnisha Savage, Jazmine Curry, or Sharnita Goolsby, except with approval from his probation officer; otherwise, defendant Powell, Savage, Curry, and Goolsby are free to interact with one another.  The court imposes this restriction so that each woman's home may be a safe place for her.  The court may revisit this restriction three months from the date of this order, upon defendant Powell's motion or the recommendation of his probation officer, and

after consultation with defendant Powell's therapist, the government, probation, and defense counsel.

(2) Defendant Powell shall undergo individual therapy at least once per week to address his post-traumatic stress disorder (PTSD). The therapist shall be skilled in evidence-based trauma therapy such as Cognitive Processing Therapy or Eye Movement Desensitization and Reprocessing Therapy, or another trauma-focused therapy.

(3) Defendant Powell shall also undergo therapy that is trauma-informed and that will focus on building skills in the areas of emotion regulation, communication, and coping. This therapy shall also focus on substance misuse and relapse prevention. It may occur after the PTSD-focused therapy described above, and may be provided by the same therapist.

(4) Defendant Powell shall not consume alcohol. Probation shall test defendant Powell for alcohol use whenever it tests him for drug use.

(5) Probation and the Federal Defender's Office shall assist defendant Powell in locating a competent therapist to fulfill the second and third conditions listed above. Defendant Powell shall pay for the counseling to the extent that he is able to do so, or has insurance that will cover the cost.

(6) Defendant Powell shall undergo a group or psychoeducational class on healthy relationships and nonviolence, with a focus on responsible fatherhood. The court recommends the Alabama Healthy Marriage and Relationship Program. This condition need not be completed immediately but shall be completed within one year from the date of this order.

(7) The court recommends that, to the extent he is able to do so while still complying with the conditions listed above, defendant Powell receive educational and vocational training and locate, with Probation's assistance, a mentor, vocational counselor or case manager to assist him.

3

(8)   The court also recommends that Darnisha Savage participate, as appropriate, in any counseling sessions involving defendant Powell, except those relating to his PTSD.  The court makes this recommendation to facilitate Savage's goal--as described in her testimony on August 8, 2021, and which the court shares--of ensuring that she and defendant Powell build a healthy relationship and safe environment in which to raise their child.

(9)   Probation shall ensure that a copy of Dr. Stover's report (Doc. 92), as well as a copy of this order, are provided to any therapist treating defendant Powell according to the conditions listed above.

DONE, this the 22nd day of October, 2021.

                              /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**